*H. Cooper*, for the plaintiff.

*R. Brackenbridge*, for the defendants.

---

BIVENS *v.* NEWCOMB.—In Error.

DEBT on judgment. Plea—discharge as a bankrupt on voluntary application. Plea does not state the debt was not of fiduciary character. Demurrer sustained to plea. This is the only question. *Sorden* v. *Gatewood* (1) is in point against the plea.

Judgment affirmed.

*J. L. Jernegan*, for the plaintiff.

(1) See 1 Carter's Ind. R. 107.